## COURT MINUTES
### U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Belinda McNair (surrender)  CASE NO: 00-6042-CR-Zloch (s)
AUSA: Bertha Mitrani *present*  ATTNY: _____
AGENT: _____  VIOL: 18:1029
PROCEEDING: Initial Appearance  BOND REC: 25,000 – 10%-cash

BOND HEARING HELD – (yes)/no   COUNSEL APPOINTED: CJA → Ana Thorn
___ BOND SET @ $ 50,000 PSB
CO-SIGNATURES: god-daughter

[FILED by ___ D.C. APR 13 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

SPECIAL CONDITIONS:
1) Do not violate any law. ✓
2) Appear in court as directed. ✓
3) Surrender and/or do not obtain passports/travel documents. ✓
4) Rpt to PTS as directed /or **3** x's a week/month by phone; ___ x's (week)/month in person. ✓
5) Random drug testing by Pretrial Services. Treatment as deemed necessary. ✓
6) Maintain or seek full-time employment. ✓
7) Maintain or begin an educational program. ✓
8) No contact with victims/witnesses. ✓
9) No firearms. ✓
10) Curfew: _____
11) Travel extended to: SD/FL ✓
12) _____ Halfway House _____
___ Electronic Monitoring _____

Reside at current address, no illegal drugs or excessive alcohol

- Advised of charges
- sworn for counsel
- Order signed unsealing
- sworn

NEXT COURT APPEARANCE: DATE: _____ TIME: _____ JUDGE: _____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/(ARRAIGN.)/REMOVAL: 4-19-00  11:00am  BSS ✓
STATUS CONFERENCE: _____

DATE: 4-12-00   TIME: 11:00am   TAPE # 00-027   PG # 7

337—580
Recalled
00-027
1310—1745

61