AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI, SPECIAL AGENT CHRISTOPHER CARUSO (305) 629-1742

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ALEXANDRE PEREIRA, *ET AL.*

**WARRANT FOR ARREST**

CASE NUMBER: 00-6042-CR-WJZ (S)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ BELINDA MCNAIR _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and with the intent to defraud, conspiring to, and actually using one or more unauthorized access devices (credit cards), to obtain a sum of money equal to or greater than $1000 during a one year period;

in violation of Title 18 United States Code, Section(s) 2; 1029(a)(2), (b)(1), (b)(2);

CLARENCE MADDOX
Name of Issuing Officer

*[signature]* Denny Butler
Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond w/ Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

April 6, 2000, Fort Lauderdale, Florida
Date and Location

*[signature]* Lurana S. Snow
by Lurana S. Snow, Chief U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED 4/6/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/13/2000 | FOR:   USSS | Fred Depompa, SDUSM |