UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.

APR 1 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # 55769-004

UNITED STATES OF AMERICA )
                Plaintiff )    Case Number:
                           )    REPORT COMMENCING CRIMINAL
        -vs-               )         ACTION  OO·6042-CR+WJZ
BELINDA McNAIR             )
                Defendant  )

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 4-13-00       am/pm

(2)  Language Spoken:  ENGLISH

(3)  Offense(s) Charged:  BANK FRAUD

(4)  U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth:  5-2-55

(6)  Type of Charging Document:  (check one)
     [X] Indictment  [ ] Complaint  To be filed/Already filed
     Case#: _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District:  SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: _____  (9)  Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____