# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

**DEFT:** Belinda McNair (B)  **CASE NO:** 00-6042-CR-Zloch (s)
**AUSA:** Bertha Mitrani /Rosenbaum  **ATTNY:** Ana Jhones /Present
**AGENT:** _____  **VIOL:** _____
**PROCEEDING:** Arraignment on SS Indictment  **BOND REC:** _____
**BOND HEARING HELD – yes/no**  **COUNSEL APPOINTED:** _____
___ **BOND SET @** _____

FILED by ___ D.C.
APR 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CO-SIGNATURES:** _____
**SPECIAL CONDITIONS:** _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) ___ Halfway House _____
    ___ Electronic Monitoring _____

Reading of indictment waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

**NEXT COURT APPEARANCE:**  **DATE:**  **TIME:**  **JUDGE:**
**INQUIRY RE COUNSEL:** _____
**PTD/BOND HEARING:** _____
**PRELIM/ARRAIGN. OR REMOVAL:** _____
**STATUS CONFERENCE:** 5-9-00  11:00am  BSS
**DATE:** 4-19-00  **TIME:** 11:00am  **TAPE #** 00-030  **PG #** 5
380   393

73