

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-Zloch(s)

UNITED STATES OF AMERICA

vs

Belinda McNair

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 4-19-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT: Address: SEE BOND

Telephone: _____

DEFENSE COUNSEL: Name: Ana Jhones

Address: _____

Telephone: _____

BOND SET/CONTINUED: $_____  Cont'd on bond as set

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 19 day of April, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-030

cc: Clerk for Judge
    U. S. Attorney