IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case Number: 00-6042-Zloch**

BELINDA McNAIR,

    Movant/Defendant,

vs.

UNITED STATES OF AMERICA,

    Respondent/Plaintiff.

_____/



# DEFENDANT BELINDA McNAIR'S REQUEST
# FOR CONTINUANCE

COMES NOW the Defendant, BELINDA McNAIR, who hereby files this Request for a Continuance of Trial on this matter. As grounds therefore, the Defendant would state as follows:

1. That this matter has been scheduled for a calendar call this Monday, June 19, 2000, at 9:00 a.m. It is believed that the two-week trial calendar begins the same week, i.e. June 16, 2000 per the Court's original Order of April 25th, 2000.

2. That this matter is not ready for trial. The main reason is that the Defendant, Ms. McNair needs to undergo a competency evaluation. See <u>Motion for Suggestion of Determination of Competency</u>.

3. That the superseding indictment in this case, which named this defendant, Belinda

McNAIR, was filed with the Court on April 6, 2000. Undersigned counsel was appointed, pursuant to the Criminal Justice Act, on April 14, 2000.

4. That in addition to the Suggestion for Competency Determination, Ms. McNair has filed with the Court a <u>Motion to Exceed Statutory Cap on Expenses</u>, due to the possibility, that based on the Defendant's medical condition, that the $ 300.00 cap will be exceeded. Presently, undersigned counsel has been told by Ms. McNair's treating physician of the past 10 years that he will charge a $ 25.00 consultation fee for every 15 minutes of consultation. Thus, prior to undersigned counsel undertaking these necessary talks, approval from this Court is being sought.

5. That undersigned counsel has attempted to reach counsel, Sam Smargon, co-defendant, Crystal McGee, in order to ascertain his position with respect to this motion. However, Mr. Smargon is out of the office until Monday, the 19th. Although a message has been left with his voice-mail.

6. That undersigned counsel has spoken to Bertha Mitrani, the Assistant United States Attorney in this case, who has indicated that she does not oppose this request for a continuance.

WHEREFORE, the Defendant, BELINDA McNAIR, for the reasons stated above, most respectfully would suggest and request of the Court that an Order be entered continuing this matter in order to have Ms. McNair undergo a mental evaluation.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by US Mail and by Facsimile, to Bertha Mitrani, Assistant US Attorney, Assistant US Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale and to Samuel Smargon, Supervisory Assistant, Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301 this 12th day of June, 2000.

                        Respectfully submitted,

                        ANA M. JHONES
                        Attorney at Law
                        Bayside Plaza, Suite 625
                        330 Biscayne Boulevard
                        Miami FL 33132
                        DADE:     (305) 374-4919
                        BROWARD: (954) 537-5565

                        BY: _____
                        Florida Bar #771170

# Ervin Barr, D.O., P.A.
Family Medical Practice



TO: Ana M. Jones, P.A. Attorney at Law

FROM: Dr. Ervin Barr

DATE: June 6, 2000

RE: Belinda McNair

As per your request that Dr. Ervin Barr answer a few questions concerning treatment, meds, etc., for his patient Belinda, Dr. Barr requests for his time for a phone conference a fee of $25.00 per every 15 minutes.

The first $25.00 being paid in advance and a time slotted in his schedule for the conference.

Thank you

*Debra Cohen*

Debra Cohen

2350 West Oakland Park Boulevard, Fort Lauderdale, Florida 33311 (305) 731-8080