IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case Number: 00-6042-CR-Zloch**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BELINDA McNAIR,

    Defendant,

_____/

### ORDER

The above-entitled matter, having come on before this Court upon Defendant Belinda McNair's Request for a Mental Evaluation and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Request for a Mental Evaluation is hereby GRANTED. Defense counsel should submit a voucher to the undersigned with the name of the psychologist and the amount of funds requested for the exam.

DONE AND ORDERED at Miami, Florida this 13th day of June, 2000.

pc: Bertha Mitrani, AUSA
    Sam Smargon, PFD
    Ana M. Jhones, Atty.