UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                  **ORDER GRANTING CONTINUANCE
                                    AND RESETTING TRIAL**

HAROLD ROBINSON and
BELINDA McNAIR,

    Defendants.
_____/

THIS MATTER is before the Court for Calendar Call on June 19, 2000, and upon the Defendant, Belinda McNair's, Request For Continuance, bearing Certificate of Service dated June 12, 2000, based upon the pending evaluation of the Defendant McNair as to competency to stand trial, and upon need of counsel for Defendants for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Request and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Belinda McNair's, Request For Continuance be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the



Defendants in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of June 20, 2000 and is hereby reset for the two-week trial calendar commencing on Monday, August 14, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, August 11, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, June 12, 2000, through and including August 14, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, §§ 3161(h)(1)(A) and 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

See attached Mailing List

UNITED STATES OF AMERICA v. HAROLD ROBINSON and BELINDA McNAIR
CASE NO. 00-6042-CR-ZLOCH

Bertha Mitrani, Esq.
Office of the United States Attorney
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Abe A. Bailey, Esq.
For Defendant Robinson
18350 N.W. 2nd Avenue, 5th Floor
Miami, FL 33169

Ana M. Jhones, Esq.
For Defendant McNair
Bayside Plaza - Suite 625
330 Biscayne Boulevard
Miami, FL 33132