UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6042-Cr-Zloch    DATE 6-19-00
CLERK Cathrine Newsky    REPORTER Carl Schanzleh
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Harold Robinson
Belinda McNair

U. S. ATTORNEY Bertha Mitchell    DEFT COUNSEL Steve Feifa for Jhones -

DEFENDANT:    PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft McNair's Mtn for Continuance granted - all time excludable.

JUDGMENT _____

CASE CONTINUED TO _____    TIME _____    FOR _____

MISC _____

117