UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                ORDER

BELINDA McNAIR

    Defendant.
_____

THIS MATTER is before the Court upon Defendant, Belinda McNair's Request For Investigative Costs and Costs of Transcription(s) (filed June 13, 2000). This Court has carefully reviewed the merits of said Motion and after due consideration, it is

ORDERED AND ADJUDGED that the aforementioned motion, be and the same is hereby GRANTED to the extent that fees shall not exceed $1,000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of June 2000.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

cc:
Bertha Mitrani, Esq.
Ana Jhones, Esq.