IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number #00-6042-CR-Zlock

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BELINDA MCNAIR,

    Defendant.

_____/

**NIGHT BOX FILED**
**JUL 28 2000**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANT, BELINDA McNAIR'S, MOTION FOR TRIAL CONTINUANCE

COMES NOW the Defendant, Belinda McNair, by and through undersigned counsel, who moves this Honorable Court for a continuance of the trial in the above-entitled matter and as grounds therefor would show:

1. That this case is currently set for a Calendar Call on Friday, August 11, 2000 and on the trial docket beginning August 14, 2000. This is the second time that this matter has been set for trial.

2. That as the Court is aware, there is an issue as to Ms. McNair's competency. That since the issuance of the Magistrate's Order allowing for the mental evaluation of Ms. McNair, undersigned counsel and her staff have diligently attempted to obtain the services, under the mandates of the Criminal Justice Act, of a psychiatrist that will

134

evaluate the Defendant. The efforts that have been undertaken are as follows:

| | |
|---|---|
| June 21, 2000 | Was referred by the Federal Public Defender's Office to Dr. Charlie Lopiccolo, University of Behavioral Health 305-243-7270. |
| June 22, 2000 | Called and spoke with Omara at Dr. Lopiccolo's office. Neither Dr. Lopiccolo nor her supervisor are in until tomorrow. Message left. |
| June 26, 2000 | Received a returned call from Dr. Lopiccolo. He is interested in this work but unavailable until September or so, due to a recent promotion and scheduling problems. He referred us to Sanford Jacobson, 305-355-7019; 305-355-7026 for his secretary. A letter was faxed to Dr. Jacobson |
| June 27, 2000 | Received a call from Marcia at Dr. Jacobson's office. He is out until June 28. |
| June 28, 2000 | Marcia called from Dr. Jacobson's office to advise that he is not interested. He is taking a vacation and does not want to start anything new. Referred us to Lloyd Miller, Forensic Psychiatrist, 547-2000, Fax 547-2002 |
| June 29, 2000 | Faxed a letter to Dr. Miller |
| June 30, 2000 | Received fax from Dr. Miller-He is not interested in this type of work. Gave no referral. |
| July 11, 2000 | Spoke with fellow defense attorney under the Criminal Justice Act, who did not know of anyone in particular, however he referred us to another Criminal Justice Act attorney who may have a psychiatrist willing to take this type of matter. |
| July 17, 2000 | Attorney called back. Does not have anyone he can refer us to. |

| | |
|---|---|
| July 20, 2000 | Called Univ. Of Miami Dept of Psychiatry. They advised possibly Dr. Joseph Henry could help. Fax # is 305-243-4061. Sent a fax to Dr. Henry. |
| July 20, 2000 | Received call from Dr. Henry. He does not handle this type of legal matter. He handles evaluations for continued care. He said Dr. Sanford Jacobson handles all of those types of matters. |
| July 20, 2000 | Faced with no other psychiatrists to call, counsel sent a fax to Dr. Walter Afield in Tampa. Counsel in the past has utilized Dr. Afield, who handles a lot of work in the South Florida area. Counsel initially hesitated to speak to Dr. Afield because undersigned counsel recollected that Dr. Afield's rates tended to be somewhat on the high side of the spectrum. |
| July 21, 2000 | Deborah called from Dr. Afield's office. He will not be in until Monday 7/24. She will call us then |
| July 25, 2000 | Called Deborah in Dr. Afield's office. She gave the doctor our letter and thought he was going to call us yesterday. She will leave him a message. |
| July 26, 2000 | Undersigned counsel spoke with Dr. Afield, who advised that he would be willing to accept the work involved in this matter. In order to save funds, he would evaluate Ms. McNair while in Miami on another matter. Dr. Afield faxed a letter on July 28, 2000 indicating what his rates would be. A letter is attached hereto and marked as Exhibit "A". |

3. That based on the foregoing difficulties in finding a psychiatrist to evaluate Ms. McNair, counsel has been unable to formally obtain Court approval for this expenditure.

Undersigned counsel is filing, by separate motion, a formal request for approval of CJA funds for Ms. McNair's evaluation . (The amount of the allowable expenditure was not addressed by the Magistrate's order).

4. That Ms. McNair has been under medication for over ten years. That because of the numerous medications that she is taking, it is imperative that she be evaluated by a psychiatrist versus a psychologist.

5. That undersigned counsel believes that at least one other Defendant, Harold Robinson, is seeking a continuance of this case. That this case involves a great deal of documentary evidence because of the particular nature of the case and counsel has not been able to engage in any meaningful trial preparation given the numerous limitations that counsel has encountered with Ms. McNair.

6. That undersigned counsel has spoken with Bertha Mitrani, the Assistant US Attorney in this matter, who does not oppose this continuance, however, she has advised that she has scheduled vacation time that she does not want to have conflict with whatever trial setting the Court is to impose.

WHEREFORE, the Defendant, Belinda McNair, moves this Honorable Court for a continuance of the trial in the above-entitled matter, for a period of at least 45 to 60 days.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Bertha Mitrani, Assistant US Attorney, 500 East Broward Boulevard, #700, Fort Lauderdale

FL 33394-3002, Abe A. Bailey, Esquire, Counsel to the Defendant Harold Robinson, 18350 NW 2 Avenue, 5th Floor, Miami FL 33169 and to Belinda McNair, 5401 NW 27 Street, Fort Lauderdale FL 33313 this ___28th___ day of July, 2000.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
         (954) 537-5565 Broward
Fax    : (305) 374-3414 Dade Fax
         (954) 568-1870 Broward Fax

BY: _____
FOR: Ana M. Jhones
Florida Bar #771170

**NPI** The Neuropsychiatric Institute

July 26, 2000

Anna J. Hones, P.A.
~~Bayside Plaza~~
Suite 625
330 Biscayne Blvd.
Miami, FL 33132

RE: BELINDA MCNAIR

Dear Ms. Hones:

I will be more than happy to evaluate your client. If I can evaluate the client while I am in the area, it will cost approximately $850. I do not usually do a battery of psychological testing, but if that were indicated, you would be looking at probably $2-3,000. As I said, most of the time, I do not recommend it. Review of records is $300 an hour and if I have to testify, it is an $850 per hour charge on a portal to portal basis. If it can be done by closed circuit video deposition, it really just then boils down to my going down to the end of the street and doing that, an hour of my time, or however long is needed in court. If I have to come to Miami, we are looking at $3,000 for half a day, $5,000 for a full day, and that is all tied in to how well I can get in and get out.

The easiest way, as I see it, is to evaluate the patient, review the medical records for the fees, and if it looks like we are going to court, if the judge would be willing to look at it in terms of either closed circuit video or telephone, the cost would probably not exceed more than $5-6,000 maximum. That is an approximation, but I just wanted to let you see where I am coming from.

I am enclosing a copy of my resume for you.

Sincerely yours,

Walter E. Afield, M.D.
Walter E. Afield, M.D.

WEA/kr

Enclosure