FILED by _____ D.C.
AUG 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER  00-6042-Cr-Zloch  DATE 8-11-00
CLERK  Carlne Newky           REPORTER Carl Schanzler
PROBATION                      INTERPRETER

UNITED STATES OF AMERICA v. Bolinda McNair

U. S. ATTORNEY Bertha Mizrai  DEFT COUNSEL And Thenes

DEFENDANT: ___ PRESENT  ___ NOT PRESENT  ___ ON BOND  ___ IN CUSTODY

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Deft's mtn foss
Contrnunce. Granted. all time
excludable -

JUDGMENT

CASE CONTINUED TO _____  TIME _____  FOR _____

MISC  2-3 days

137