UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6042-CR-ZLOCH |
| ) | |
| VS. ) | |
| ) | |
| BELINDA MCNAIR, ) | THIS VOLUME: |
| ) | PAGES 1 - 19 |
| DEFENDANT. ) | |
| _____) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON APRIL 12, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   **BERTHA MITRANI, A.U.S.A.**
                      UNITED STATES ATTORNEY'S OFFICE
                      500 EAST BROWARD BLVD., 7TH FLOOR
                      FT. LAUDERDALE, FL. 33301
                      954 356-7255

FOR THE DEFENDANT:    PRO SE

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**