# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

CJA 24 (REV. 10/86)

VOUCHER NO. FLST2000273
PAID BY MLC 8/22/00

**1. JURISDICTION:** ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS  ☐ OTHER

**2. MAG. DOCKET NO.**

**ACCTG. CLASS. NOS.**

**3. DISTRICT DOCKETING NO.** 04  00-6042-CR-Zlock

**4. APPEALS DOCKET NO.**

**5. FOR (DISTRICT/CIRCUIT)** SD Fla.

**6. IN THE CASE OF** United States VS. Pereira, et al.

**DATE PAID** 8/22/00 MN

**7. PERSON REPRESENTED** Belinda McNair

**8. LOCATION/ORGANIZATION CODE** FLSFL

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)**
Trial Preparation

**10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)**
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire, or jury instructions, unless specifically authorized by the Court (see Box 13C).

TAPE 00-27 p335

Initial Appearance of 4/13/00 before Magistrate Seltzer

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY ▶  DATE ▶ 7/17/00

ATTORNEY'S TELEPHONE NO. 305-374-4919

☐ 1 FPD  ☐ 2 CDO  ☒ 3 PANEL ATTORNEY  ☐ 4 RETAINED ATTORNEY  ☐ 5 PRO SE

**12. COURT ORDER**
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF JUDGE OR MAGISTRATE ▶ William J. Zloch

DATE ▶ 8/11/00

FILED  CT. REP ___ D.C.
SEP - 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

**13. SPECIAL AUTHORIZATIONS** | **14. JUDGE'S INITIALS**

A. Apportion ____% of transcript with | 14. A.

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | 14. B.

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.

D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | 14. D.

## CLAIM FOR SERVICES

**15. COURT REPORTER/TRANSCRIBER STATUS**
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**16. FULL NAME OF PAYEE** ~~Accurate Reporting~~ Carl Schanzleh

**17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE** 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

**18. PAYEE'S ADDRESS** U.S. Courthouse, 299 E. Broward Blvd., 202B, Ft. Lauderdale, Fl. 33301

**19. TELEPHONE NO.** AREA CODE (954) NUMBER 769-5488

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1 - 18 | 18 | $54.00 | $ | $ | $54.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

**21. CLAIMANT'S CERTIFICATION**
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION ▶  DATE ▶ 8-10-00

**22. CERTIFICATION OF ATTORNEY OR CLERK**
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT ▶  DATE ▶ 8/11/00

**23. TOTAL CLAIMED** $54.00 M

**24. APPROVED FOR PAYMENT** ▶ William J. Zloch  DATE ▶ 8/11/00

**25. AMT. APPROVED** $54.00

ORIGINAL - MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT

143