IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number #00-6042-CR-Zloch

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BELINDA MCNAIR,

Defendant.
_____/

### ORDER

The above-entitled matter, having come on before this Court upon the Defendant, Belinda McNair's, Request for a Mental Evaluation and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Defendant, Belinda McNair's motion for a Mental Evaluation is hereby GRANTED. A mental evaluation shall be conducted pursuant to 18 U.S.C. Section 4241

DONE AND ORDERED at Fort Lauderdale, Florida this 3rd day of Oct, 2000.

_____
U.S. Magistrate Judge

Copies furnished:
Bertha Mitrani, AUSA
Ana M. Jhones
Abe A. Bailey

151