NIGHT BOX
FILED

OCT 4 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number #00-6042-CR-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BELINDA MCNAIR,

    Defendant.

_____/

NIGHT BOX
FILED
OCT 4 ...
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANT'S MOTION FOR TRIAL CONTINUANCE

COMES NOW the Defendant, Belinda McNair, by and through undersigned counsel, who states that a continuance may be needed of the trial in the above-entitled matter, and would state as follows:

1. That the Calendar Call in this case is currently scheduled for Friday, October 20, 2000 and is on the Court's docket for trial on October 23, 2000.

2. That as stated in the Defendant's Notice of Status as to Competency Evaluation, that is being filed simultaneously with this motion, the Defendant, Belinda McNair, was scheduled to be evaluated on Wednesday, October 4, 2000, however, due to the weather conditions, and Ms. McNair having a morning civil court appearance, this evaluation was postponed until next week on Tuesday, October 10, 2000.

3. That because Ms. McNair has not yet been evaluated, the undersigned is unsure as to whether a continuance of this trial will be needed. However, pursuant to the

152

Court's instructions on timing as to filing motions for trial continuance, the undersigned, in an abundance of caution, is filing this motion at this time, in order to inform the Court that a continuance may, in fact, be needed, but the need for a continuance cannot be determined until the results of the Defendant's October 10, 2000 are provided.

WHEREFORE, the Defendant, Belinda McNair, hereby informs this Honorable Court of the possible need for a continuance of the trial in this case.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Bertha Mitrani, Assistant US Attorney, 500 East Broward Boulevard, #700, Fort Lauderdale FL 33394-3002 this _____ day of October, 2000.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
            (954) 537-5565 Broward
Fax       : (305) 374-3414 Dade Fax
            (954) 568-1870 Broward Fax

BY:_____
Florida Bar #771170