cr-06042-WJZ   Document 155   COURT MINUTES Entered on FLSD Docket 10/10/2000
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Belinda McNair (B)  CASE NO: 00-6042-CR-Zloch (s)
AUSA: Bertha Mitrani / present  ATTNY: Ana Jhones / present
AGENT:  VIOL:
PROCEEDING: Status re psych exam  BOND REC:

BOND HEARING HELD - yes/no  COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:  OCT 6 2000
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Both attys will do a Conference call w/ FDC to see if △ can be examined (psych) on an outpatient basis or △ in custody for just a couple of hrs to be examined. If it can be done - they will fax order for Court to sign.

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 10-6-00  TIME: 11:00am  TAPE # 00- 078/079
3168-3647
00-079
1-477
155