IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number #00-6042-CR-Zloch
(Magistrate Seltzer)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BELINDA MCNAIR,

    Defendant.
_____/



## STATUS REGARDING DEFENDANT,
## BELINDA MCNAIR'S, MENTAL EVALUATION

COMES NOW the Defendant, Belinda McNair, by and through undersigned counsel, who hereby provides this Honorable Court with a status concerning the mental evaluation of the Defendant, and would state:

1. The Government and counsel to Defendant, Belinda McNair, have been attempting to resolve the problems raised with respect to Ms. McNair's competency evaluation. At the status conference held on Friday, October 6, it was determined that efforts would be made to have Ms. McNair, who is out on a personal surety bond, evaluated on an "out-patient" basis by the Federal Detention Center in Miami. Counsel for the Government contacted Dr. Buigas at the Federal Detention Center, who in essence, explained to Ms.



Mitrani that a mental evaluation of this nature could not be handled on an out patient basis at the Federal Detention Center.

  2. Upon learning of the unavailability of FDC Miami, Ms. Mitrani, in the spirit of accommodating undersigned counsel's concerns, as well as that of the Court, agreed to have the expense of Ms. McNair's initial evaluation paid out of D.O.J. funds. Out of the two names furnished by Ms. Mitrani, only Dr. Wade H. Silverman responded. An initial evaluation on this matter has been scheduled for Friday, October 20th at 11:00 A.M. with Dr. Silverman. Dr. Silverman advised that he may need to schedule a second date to complete the evaluation, sometime next week, and that his report would be issued within approximately two weeks.

  3. That undersigned counsel and counsel to the Government have been in constant contact regarding this issue and this notice is hereby being filed with her consent and approval.

  WHEREFORE, the Defendant files this status notice regarding the Defendant's mental evaluation.

  I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Bertha Mitrani, Assistant US Attorney, 500 East Broward Boulevard, #700, Fort Lauderdale FL 33394-3002 this _16^cb_ day of October, 2000.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
         (954) 537-5565 Broward
Fax   : (305) 374-3414 Dade Fax
         (954) 568-1870 Broward Fax

BY: _____
FOR: Ana M. Jhones
Florida Bar #771170