UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH          D.C.

FILED by

OCT 2 0 2000

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

BELINDA McNAIR,

       Defendant.

_____/

THIS MATTER is before the Court upon the Defendant, Belinda McNair's, Motion For Trial Continuance, bearing Certificate of Service dated October 4, 2000, based upon the need of counsel for said Defendant for additional time within which to prepare to properly defend this matter.  The  Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Belinda McNair's, Motion For Trial Continuance be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is  hereby  removed from the  trial calendar of October 23, 2000 and  is  hereby   reset   for   the   two-week   trial   calendar



commencing on Monday, November 20, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Monday, November 17, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, October 4, 2000, through and including November 20, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of October, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Bertha Mitrani, Esq., AUSA

Ana M. Jhones, Esq.
For Defendant McNair