UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH (s)

UNITED STATES OF AMERICA,

v.

BELINDA MCNAIR,

Defendants.
_____/

RECEIVED & FILED IN OPEN COURT
ON 11-17-00 AT
F.L.HACA , FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

## UNITED STATES' FIRST SPEEDY TRIAL REPORT

Pursuant to Local Rule 88.5 of the United States District Court for the Southern District of Florida, the United States of America reports as follows:

Synopsis

1. On April 6, 2000, a grand jury sitting Fort Lauderdale, returned a true bill against the defendant. Compliance with the Speedy Trial Act commenced on that date. 18 U.S.C. § 3161(c)(1). Since that date, the government has determined that 14 days of non-excludable time have elapsed. Since approximately April 24, 2000, the defendant has successfully moved the Court for a series of continuances, which continuances have effectively tolled the "Speedy Trial clock" since April 24, 2000.

1. By Order dated April 25, 2000, the Court held that the delay resulting from the date of the continuance, April 24, 2000, through and including June 19, 2000, the date set for trial, or the date trial commences, whichever is later, excludable time under 18 U.S.C. § 3161(h)(8).

2. By Order dated June 19, 2000, the Court held that the delay resulting from the date of the continuance, June 12, 2000, through and including August 14, 2000, the date set for trial, or the date trial commences, whichever is later, excludable time under 18 U.S.C. § 3161(h)(8).

3. By Order dated August 14, 2000, the Court held that the delay resulting from the date of the continuance, July 28, 2000, through and including October 23, 2000, the date set for trial, or the date trial commences, whichever is later, excludable time under 18 U.S.C. § 3161(h)(8).

4. By Order dated October 20, 2000, the Court held that the delay resulting from the date of the continuance, October 4, 2000, through and including November 20, 2000, the date set for trial, or the date trial commences, whichever is later, excludable time under 18 U.S.C. § 3161(h)(8).

Excludable Time

2. On April 7, 2000, a status conference was held as to defendant Robinson.

3. On April 13, 2000, defendant McNair made her initial appearance.

4. On April 19, 2000, defendant McNair was arraigned.

5. By Order dated April 25, 2000, the Court held that the delay resulting from the date of the continuance, April 24, 2000, through and including June 19, 2000, the date set for trial, or the date trial commences, whichever is later, excludable time under 18 U.S.C. § 3161(h)(8).

7. Accordingly, 17 days elapsed between April 6, 2000, and April 24, 2000. There were 3 days of excludable time between April 6, 2000, and April 24, 2000. Accordingly, 14 days have elapsed for purposes of the Speedy Trial Act.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By: _____
     Bertha R. Mitrani
     Assistant United States Attorney
     Florida Bar No. 88171
     500 East Broward Boulevard
     Fort Lauderdale, Florida
     Tel: 954/356-7255
     Fax: 954/356-7336

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 17 day of November, 2000 to:

Ana Maria Jhones

330 Biscayne Blvd.

Ste 310

Miami, Florida 33132

Bertha R. Mitrani
Assistant United States Attorney