UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6042-Cr-Zloch  DATE 11-17-00

CLERK Carlene Newby    REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Belinda McNair

U. S. ATTORNEY Berthia Mitrena   DEFT COUNSEL Ana Jhene S

DEFENDANT:  PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's are terms nt/r for continuance granted. all time excludable.

JUDGMENT _____

CASE CONTINUED TO _____  TIME _____  FOR _____

MISC 2-3 days