UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BELINDA MCNAIR,

    Defendant.
_____/

**ORDER GRANTING CONTINUANCE AND RESETTING TRIAL**

FILED by _____ D.C.
NOV 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

THIS MATTER is before the Court for Calendar Call on November 17, 2000, and upon the Defendant, Belinda McNair's, ore tenus Motion To Continue, based upon the ongoing plea negotiations. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Belinda McNair's, ore tenus Motion To Continue be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of November 20, 2000 and is hereby reset for the trial calendar commencing on Tuesday, January 16, 2001, at 9:30 a.m., in Courtroom A, United States

164

Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, January 12, 2001, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, November 17, 2000, through and including January 16, 2001, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(1)(I).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of November, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Bertha R. Mitrani, Esq., AUSA
For Plaintiff

Ana Maria Jhones, Esq.
For Defendant