UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH (s)

UNITED STATES OF AMERICA,

v.

BELINDA MCNAIR,

    DEFENDANT.
_____/

## MOTION FOR PRE-TRIAL DIVERSION

The United States, by and through the undersigned Assistant United States Attorney, and the defendant and her counsel, hereby move this Honorable Court to accept the enclosed pre-trial diversion agreement. The enclosed agreement provides for the deferment of prosecution for a period of eighteen months. If the defendant abides by the provisions of the pre-trial diversion agreement, the indictment No. 00-6042-CR-ZLOCH (s) will be dismissed by the government at the end of the eighteen month period.

WHEREFORE, the parties whose signatures appear on the pre-trial diversion agreement, hereby move this Honorable Court to accept the enclosed pre-trial diversion agreement.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BERTHA R. MITRANI
ASSISTANT U.S. ATTORNEY
FLA BAR NO. 88171
500 E. Broward Blvd., 7TH Floor


500 E. Broward Blvd., 7TH Floor
Ft. Lauderdale, FL 33394
(954) 356-7255/(954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to Ana Jhones, Esquire, in open court, on January 12, 2001.

BERTHA R. MITRANI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH (s)

UNITED STATES OF AMERICA,

v.

BELINDA MCNAIR,

DEFENDANT.
_____/

## ORDER GRANTING PRE-TRIAL DIVERSION
## AND REMOVING CASE FROM TRIAL CALENDAR

Upon consideration of the joint Motion for Pre-Trial Diversion submitted by the parties, together with the executed Agreement for Pre-Trial Diversion executed by the parties and filed with the Court, and after otherwise being fully advised, it is

ORDERED that the Motion for Pre-Trial Diversion is GRANTED, and the defendant, Belinda McNair, shall be admitted to the Pre-Trial Diversion pursuant to the terms of the Agreement for Pre-Trial Diversion, and that the case is hereby removed from the Court's suspense file pending further Order of the Court.

DONE and ORDERED at Fort Lauderdale, Florida, the ____ day of January, 2001.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

cc:   Bertha R. Mitrani, AUSA
      Ana Jhones, Esquire
      Bonnie Williams, USPS

AGREEMENT FOR PRETRIAL DIVERSION

It appearing that you are reported to have committed an offense against the United States from in or about August, 1999, through in or about September, 1999, in violation of Title 18, United States Code, Sections 371 and 1029(a)(2) in that you did conspire to commit credit card fraud and committed credit card fraud.

Upon accepting responsibility for your behavior and by your signature on this Agreement, it appearing, after an investigation of the offense, and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure; therefore

On the authority of the Attorney General of the United States, by GUY A. LEWIS, United States Attorney for the Southern District of Florida, prosecution in this District for this offense shall be deferred for the period of 18 months from this date, provided you abide by the following conditions and the requirement of this Agreement set out below.

Should you violate the conditions of this Agreement, the United States Attorney may revoke or modify any conditions of this Pretrial Diversion Program or change the period of supervision, which shall in no case exceed eighteen months. The United States Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this Agreement. In this case he will furnish you with notice specifying the conditions of the Agreement which you have violated.

After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out on page 1 of this Agreement will be instituted in this District, and the charges against you, if any, will be dismissed.

Neither this Agreement nor any other document filed with the United States attorney as a result of your participation in the Pretrial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

General Conditions of PreTrial Diversion

(1) You shall not violate any law (federal, state and local). You shall immediately contact your Pretrial Diversion Supervisor if arrested and/or questioned by any law enforcement officer.

(2) You shall attend school or work regularly at a lawful occupation or otherwise comply with the terms of the special program described below. If you lose your job or are unable to attend school, you shall notify your PreTrial Diversion Supervisor at once. You shall consult him/her prior to job or school changes.

(3) You shall report to your Supervisor as directed and keep him/her informed of your whereabouts.

(4) You shall follow the program and such special conditions as may be described below.

(5) You shall perform 250 hours of community service in lieu of providing restitution.

<u>Special Conditions</u>

Description of special program:

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I am also aware that Rule 48(b) of the Federal Rules of Criminal procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request the United States Attorney for the Southern District of Florida to defer such prosecution.

I agree and consent that any delay from the date of this Agreement to the date of initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this Agreement.

I hereby state that the above has been read and explained to me. I understand the conditions of my Pretrial Diversion Program and agree that I will comply with them.

_____  
BELINDA MCNAIR

_____  
ANA JHONES, ESQ.  
ATTORNEY FOR DEFENDANT

_____  
BERTHA R. MITRANI  
ASSISTANT U.S. ATTORNEY

_____  
DATE

_____  
DATE

January 12, 2001  
DATE