UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JAN 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6042-CR-Zloch   DATE 1-12-01
CLERK Carlone Newby   REPORTER Carl Schanzleh
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Belinda McNair

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Not Present

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Gov't will file
mtn for Pretrial Diversion —
On Standby starting Tues —

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 2 days —
Bond —