UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH (s)

UNITED STATES OF AMERICA,

v.

BELINDA MCNAIR,

DEFENDANT.
_____/



FILED by _____ D.C.

JAN 1 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING PRE-TRIAL DIVERSION
### AND REMOVING CASE FROM TRIAL CALENDAR

Upon consideration of the joint Motion for Pre-Trial Diversion submitted by the parties, together with the executed Agreement for Pre-Trial Diversion executed by the parties and filed with the Court, and after otherwise being fully advised, it is

ORDERED that the Motion for Pre-Trial Diversion is GRANTED, and the defendant, Belinda McNair, shall be admitted to the Pre-Trial Diversion pursuant to the terms of the Agreement for Pre-Trial Diversion, and that the case is hereby removed from the Court's suspense file pending further Order of the Court.

DONE and ORDERED at Fort Lauderdale, Florida, the 16th day of January, 2001.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

cc:  Bertha R. Mitrani, AUSA
     Ana Jhones, Esquire
     Bonnie Williams, USPS