IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BELINDA MCNAIR,

    Defendant.
_____/



## DEFENDANT BELINDA McNAIR'S UNOPPOSED MOTION
## TO MODIFY CONDITION OF PRE-TRIAL DIVERSION

COMES NOW, the Defendant BELINDA McNair, by and through her undersigned counsel who most respectfully hereby files this <u>Unopposed Request for Modification of Condition of Pre-Trial Diversion</u>. In support of this request the Defendant would state as follows:

1. That the Defendant was accepted into the Pre-trial Diversion Program and formerly placed thereon on January 16, 2001. The term of the Pre-Trial Diversion Program (hereinafter referred to as "PTD") was a total of 18 months. That there were certain conditions that were imposed as part of the PTD Program, among these conditions was that Ms. McNair report in person, that she be drug tested and that she complete 250 hours of community service.

2. That Ms. McNair at all times relevant to her PTD term has been under the supervision of Darwin Crenshaw, with the United States Pre-Trial Services Office in Fort Lauderdale. That Mr. Crenshaw has notified undersigned counsel that Ms. McNair has complied with all the terms of her supervision *except* the completion of the community service .

3. That Mr. Crenshaw has been actively engaged in this particular matter and as a result of his thorough evaluation of Ms. McNair he has had discussions with Fred Jean, a psychiatrist that has been treating Ms. McNair. Based on his conversations with Dr. Jean, Mr. Crenshaw has determined that Ms. McNair is unable to fulfill the requirement of 250 community service hours.

4. That Ms McNair has a history of mental health treatment. She was found to be incompetent to proceed to trial on this matter, by a psychiatrist that was appointed to evaluated her, which in turn resulted in her being placed in PTD. However, after continuous contact with Ms. McNair, Mr. Crenshaw has determined that given her mental health condition and his conversations with Dr. Jean, she is unable to fulfill the community service requirement of the program.

5. That, in addition, Mr. Crenshaw has requested that given the relatively small amount of time left on the PTD term as well as Ms. McNair's condition, which has

substantially deteriorated since the commencement of her supervision, he recommends that she be placed on "telephone reporting" only for the remained of her supervision, which he feels she is able to fulfill.

6. That undersigned counsel has spoken to Bertha Mitrani, the Assistant United States Attorney handling this matter and Ms. Mitrani has advised that she does not opposed this motion. Additionally, that Mr. Crenshaw is likewise in agreement with this motion.

WHEREFORE, the Defendant, Belinda McNair most respectfully requests that this Honorable Court issue an Order granting her request that she be excused from fulfilling the 250 community service hours and that the remainder of her term of supervision be converted to "telephonic reporting" only.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Bertha Mitrani, Assistant US Attorney, 500 East Broward Boulevard, #700, Fort Lauderdale FL 33394-3002, Darwin Crenshaw, Pre-Trial Services, 299 East Broward Boulevard, Fort Lauderdale FL 33301 this _15th_ day of January, 2002.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade

Fax     : (305) 374-3414 Dade

BY: _____
   FOR: Ana M. Jhones
   Florida Bar #771170