UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

V.

BELINDA MCNAIR

    Defendant

ORDER

FILED by _____ D.C.

JAN 2 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon Defendant Belinda McNair's Unopposed Motion To Modify Condition of Pre-Trial Diversion (filed January 16, 2002). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED that the aforementioned Motion is hereby GRANTED. The conditions of Pre-Trial Diversion are modified to delete the 250 hours of community service and the remainder of her term of supervision shall be converted to telephonic reporting only.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____23rd_____ day of January, 2002.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Ana Jhones, Esq.
Pretrial Services